# FINANCIAL AFFIDAVIT

CJA 23

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT

**FILED**

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | |

MAR 15 2018

**IN THE CASE OF** United States vs. Emmanuel Abdon

FOR

AT

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**PERSON REPRESENTED** (Show your full name)

Emmanuel Abdon

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**

Magistrate

District Court  18-30021-MJR

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box → )  ☑ Felony  ☐ Misdemeanor

Entrement
Travel with Intent to Engage in Illicit
Sexual Conduct

## ASSETS

### EMPLOYMENT

Are you now employed?  ☐ Yes  ☐ No  ☑ Am Self Employed

Name and address of employer: Software Developer Abdon Technology

**IF YES**, how much do you earn per month? $ 5000

**IF NO**, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☑ No

**IF YES**, how much does your Spouse earn per month $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ _____

SOURCES  See Above

### CASH

Have you any cash on hand or money in savings or checking account  ☑ Yes  ☐ No  IF YES, state total amount $ 500  Not sure

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

**IF YES, GIVE VALUE AND DESCRIBE IT**

VALUE | DESCRIPTION

## OBLIGATIONS & DEBTS

### DEPENDENTS

**MARITAL STATUS**
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  0

List persons you actually support and your relationship to them

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $ 1400 |
| | Phone | $ | $ 200 |
| | Utilities | $ | $ 120 |
| | | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT**
(OR PERSON REPRESENTED)

[signature]  03/05/2018

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.